# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ZACHERY P. HICKS,

    Plaintiff,

v.                                        CASE NO: 8:05-cv-1897-T-26TBM

TAMPA STEEL & SUPPLY, INC., and
SCRAP-ALL, INC.,

    Defendants.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged as follows:

1) Plaintiff's Motion to Vacate (Dkt. 48) is denied as unnecessary.

2) Plaintiff's refiled Motion for Summary Judgment (Dkt. 49), which complies with paragraph 6(b) of the Case Management and Scheduling Order and is accompanied by depositions, shall be substituted for Plaintiff's original motion for summary judgment.

3) Defendants shall file their response to the substituted motion for summary judgment in compliance with paragraph 6(c) of the Case Management and Scheduling Order.

**DONE AND ORDERED** at Tampa, Florida, on January 26, 2007.

                                                    s/*Richard A. Lazzara*
                                                    **RICHARD A. LAZZARA**
                                                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record